# APPENDIX A
# The Subject Funds vs. the Comparators—As Alleged in the Complaint

*O'Hara v. HP Inc. (N.D. Cal.) · Class Action Complaint ¶¶ 50–107 and Tables 1.a–2.d and 3 · Cumulative compound returns 2015–2025, Tables 1.c and 2.c (¶¶ 75, 102)*[1]

| | | | Cumulative underperformance (pp) vs. each Comparator (Tables 1.c, 2.c) | | | …vs. the Comparators' average and the Fund's benchmarks — however compared, the Fund trailed | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Subject Fund** | **Period** | **Fund cum. return, %** Tbl. 1.c / 2.c | **Comparator** (1) | **Comparator** (2) | **Comparator** (3) | **Comparators' avg.** | **Designated benchmark** | **Morningstar category avg.** the MS Benchmark | **Shortfall vs. the Comparators' avg., 2015–2025 ($M)** ¶¶ 77, 104 |
| **U.S. Large Cap Equity Fund** | 2015–2025 | **263.35** | DFUSX **-37.88** | JLPSX **-45.56** | PWCIX **-35.58** | **-39.67** | Russell 1000 **-30.54** | Large Growth **-50.71** | ≈224 |
| **U.S. Small/Mid Cap Equity Fund** | 2015–2025 | **135.50** | EISMX **-58.14** | PSCZX **-33.88** | TSMNX * | **-46.01** | Russell 2500 **-25.78** | Mid-Cap Growth **-43.05** | ≈93 |

* TSMNX's pleaded returns begin in 2017; see the SMid sheet. Averages reflect the Comparators with full-period data.

**Same structure.** The U.S. Large Cap and its Comparators invest for long-term return in U.S. large-cap equities, all Large Blend, though the Plan's Fidelity interface assigns the Fund to Large Growth (¶¶ 50–51, 57, 63). That DFUSX is an index fund "does not undermine the comparison—it sharpens it" (¶ 57). The U.S. SMid and its Comparators seek capital growth or appreciation and use the Russell 2500 (¶¶ 81, 85–86, 94). Multi-manager construction distinguishes neither Fund (notes 12, 20).

**Same allocations.** The U.S. Large Cap and each Comparator hold ≈98–99% of assets in equities and ≈93% or more in U.S. stocks, and ten of eleven sectors sit within ≈2.7 points of the Comparators' average (¶¶ 60, 62). The U.S. SMid and each SMid Comparator hold ≈97% or more in equities, every sector within ≈3.3 points (¶¶ 89, 91).

**Same risk.** Large-cap standard deviations cluster within one point; the U.S. SMid's exceeds each Comparator's (¶¶ 65, 93). The U.S. Large Cap's Sharpe ratio is no higher than any Comparator's (¶ 65). Each Fund moves essentially in lockstep with its benchmark (¶¶ 65, 93).

**Different results.** The U.S. Large Cap underperformed on a compounded trailing three-year basis for six consecutive years (2020–2025), the U.S. SMid for nine (2017–2025) (¶¶ 12, 73, 127). The full-period shortfall is ≈$317 million (¶ 128; note 23); over 2021–2025, ≈$313 million against the averages and ≈$480 million against the strongest Comparator (¶¶ 129, 152; Table 3).

[1] Citations to "¶ __" refer to paragraphs of the Class Action Complaint, "Tbl." to its Tables 1.a–2.d and 3, and "note" to its footnotes.

## U.S. Large Cap Equity Fund vs. the Large Cap Comparators

Plan assets $2,051.6M (¶ 36) · Shortfall 2015–2025 ≈$224M (¶ 77)

*All data as alleged in the Class Action Complaint (¶¶ 37, 50–77; Tables 1.a–1.d; notes 7–11)*

| | challenged fund | Large Cap Comparators (¶¶ 56–57) | | | |
|---|---|---|---|---|---|
| | **U.S. Large Cap Equity Fund** | **DFA US Large Company I (DFUSX)** | **JPMorgan US Large Cap Core Plus I (JLPSX)** | **Principal Capital Appreciation Inst (PWCIX)** | **Comparator avg.** |
| **Structure (¶¶ 37, 50–68)** | | | | | |
| **Management** | **Active · multi-manager** | Index | Active | Active | 2 active · 1 index |
| **Vehicle** | **CIT** | Mutual fund | Mutual fund | Mutual fund | 3 MF |
| **Mandate** | **Long-term growth of capital** | Approximate the S&P 500's total return (index fund) | High total return from selected equity securities | Long-term growth of capital | Long-term return from U.S. large-cap equities |
| **Benchmark index** | **Russell 1000** | S&P 500 | S&P 500 | Russell 1000 | Russell 1000 · S&P 500 |
| **Equity style** | Large Blend | Large Blend | Large Blend | Large Blend | All Large Blend |
| **Expense ratio** | **0.33% net (12/31/24)** | 0.06%* | 1.39%* | 0.45%* | — |
| **Asset allocation, % (¶¶ 59–60)** | | | | | |
| **Total equity** | **99.12** | 98.11 | 98.75 | 99.02 | 98.63 (Fund +0.49) |
| **U.S. equity** | **93.39** | 97.62 | 96.50 | 95.19 | 96.44 (Fund -3.05) |
| **Non-U.S. equity** | **5.73** | 0.49 | 2.25 | 3.83 | 2.19 (Fund +3.54) |
| **Fixed income** | **0.00** | 0.00 | 0.00 | 0.19 | 0.06 (Fund -0.06) |
| **Cash** | **0.87** | 1.89 | 1.25 | 0.79 | 1.31 (Fund -0.44) |
| **Risk profile, trailing three-year (¶¶ 64–66)** | | | | | |
| **Std. deviation** | **12.67** | 13.05 | 13.44 | 13.10 | 13.20 (Fund -0.53) |
| **Sharpe ratio** | **0.99** | 1.07 | 1.04 | 0.99 | 1.03 (Fund -0.04) |
| **Beta / $R^2$** | **0.95 / 0.98** | — | — | — | — |
| **Sector exposure—11 sectors (¶¶ 61–62)** | | | | | |
| **Sectors within 2 / 5 pp** | — | 9/11 · 10/11 | 7/11 · 11/11 | 10/11 · 10/11 | 10/11 within ≈2.7 pp (¶ 62) |
| **Largest sector** | **Technology** | Technology | Technology | Technology | Technology |
| **Performance—cumulative compound return, 2015–2025 (Tbl. 1.c)** | | | | | |
| **Cum. return, %** | **263.35** | 301.23 | 308.91 | 298.93 | 303.02 |
| **Underperformance (pp)** | — | **-37.88** | **-45.56** | **-35.58** | **-39.67** |

**However the comparison is drawn, the U.S. Large Cap trailed—cumulative underperformance, 2015–2025, percentage points (Table 1.c):**

| vs. Comparators' avg. | vs. strongest full-period Comparator (JLPSX) | vs. weakest full-period Comparator (PWCIX) | vs. its benchmark (Russell 1000) | vs. Large Growth category avg. |
|---|---|---|---|---|
| **-39.67** | **-45.56** | **-35.58** | **-30.54** | **-50.71** |

* Expense ratios as stated in the Comparators' current prospectuses (DFUSX and JLPSX net of waivers); the Complaint compares returns net of each fund's expenses (¶ 68).

**Style boxes and sector counts.** Shaded boxes are the placements pleaded—the Fund's from its fact sheet, each Comparator's from its Morningstar category (¶ 63); the counts are the sectors within two and within five points of the Fund's allocation (¶ 61).

**Persistence.** On the compounded basis (¶ 73), the U.S. Large Cap trailed the Comparators' average and the Russell 1000 in every three-year window ending 2020–2025, every five-year window ending 2021–2025 (2019–2025 against the Russell 1000) and both ten-year windows (¶¶ 12, 127, 149; Tables 1.a, 1.b). JLPSX and the Russell 1000 outperformed the Fund on all fourteen Class Period windows; DFUSX, PWCIX, the Comparators' average and the Large Growth category average on thirteen of the fourteen (¶ 76; Table 1.d).

## U.S. Small/Mid Cap Equity Fund vs. the SMid Comparators

Plan assets $475.8M (¶ 36) · Shortfall 2015–2025 ≈$93M (¶ 104)

*All data as alleged in the Class Action Complaint (¶¶ 37, 81–104; Tables 2.a–2.d; notes 16–19, 21–22)*

| | challenged fund | SMid Comparators (¶ 86) | | | |
|---|---|---|---|---|---|
| | **U.S. Small/Mid Cap Equity Fund** | **Eaton Vance Atlanta Capital SMID-Cap I (EISMX)** | **PGIM Jennison Small Company Z (PSCZX)** | **Nuveen Quant Small/Mid Cap Eq I (TSMNX)** | **Comparator avg.** |
| **Structure (¶¶ 37, 81–96)** | | | | | |
| **Management** | **Active · multi-manager** | Active | Active | Active | All active |
| **Vehicle** | **CIT** | Mutual fund | Mutual fund | Mutual fund | 3 MF |
| **Mandate** | **Long-term capital appreciation** | Long-term capital growth*** | Capital growth*** | Favorable long-term total return, mainly through capital appreciation*** | Similar aims |
| **Benchmark index** | **Russell 2500** | Russell 2500 | Russell 2500 | Russell 2500 | Russell 2500 |
| **Equity style** |  Small/Mid Blend |  Mid-Cap Blend |  Small Growth |  Small Blend | Same small/mid-cap band (¶ 92) |
| **Expense ratio** | **0.48% net (12/31/24)** | 0.87%*** | 0.82%*** | 0.53%*** | — |
| **Asset allocation, % (¶¶ 88–89)** | | | | | |
| **Total equity** | **99.21** | 98.19 | 97.55 | 99.93 | 98.56 (Fund +0.65) |
| **U.S. equity** | **97.71** | 98.19 | 92.95 | 95.82 | 95.65 (Fund +2.06) |
| **Non-U.S. equity** | **1.50** | 0.00 | 4.60 | 4.11 | 2.90 (Fund -1.40) |
| **Fixed income** | **25.38**** | 0.00 | 0.00 | 0.00 | 0.00 (Fund +25.38) |
| **Cash** | **-24.60**** | 1.81 | 2.44 | 0.06 | 1.44 (Fund -26.04) |
| **Risk profile, trailing three-year (¶¶ 93–94)** | | | | | |
| **Std. deviation** | **18.43** | 13.47 | 17.58 | 17.90 | 16.32 (Fund +2.11) |
| **Beta / R²** | **1.03 / 0.99** | — | — | — | — |
| **Sector exposure—11 sectors (¶¶ 90–91)** | | | | | |
| **Sectors within 2 / 5 pp** | — | 5/11 · 6/11 | 8/11 · 11/11 | 9/11 · 11/11 | 11/11 within ≈3.3 pp (¶ 91) |
| **Largest sector** | **Industrials** | Industrials | Industrials | Industrials | Industrials |
| **Performance—cumulative compound return, 2015–2025 (Tbl. 2.c)** | | | | | |
| **Cum. return, %** | **135.50** | 193.64 | 169.38 | * | 181.51 |
| **Underperformance (pp)** | — | **-58.14** | **-33.88** | * | **-46.01** |

**However the comparison is drawn, the U.S. SMid trailed—cumulative underperformance, 2015–2025, percentage points (Table 2.c):**

| vs. Comparators' avg. | vs. strongest full-period Comparator (EISMX) | vs. weakest full-period Comparator (PSCZX) | vs. its benchmark (Russell 2500) | vs. Mid-Cap Growth category avg. |
|---|---|---|---|---|
| **-46.01** | **-58.14** | **-33.88** | **-25.78** | **-43.05** |

* TSMNX's pleaded returns begin in 2017 (¶ 103); over 2017–2025 the Fund (118.45%) trailed TSMNX (204.46%) by 86.01 points, computed from Table 2.b, and the three-Comparator average by 45.20 (note 22). Table 2.c averages the two full-period Comparators.

** The Fund shows a large bond position and a negative cash position because about one-fifth of its assets sit in a single holding (PIMCO StocksPLUS Small Fund). That holding does not buy small-company stocks outright. Instead, it holds the contracts (index futures) whose value rises and falls with a small-company stock index, and it keeps its actual money invested in bonds while those contracts are in place. The data provider records that structure in two pieces: the bonds show up as "fixed income" (the 25.38%), and contracts show up as an offsetting negative "cash" entry (the -24.60%). Those are two sides of the same holding and nearly cancel out (net +0.78), and the equity exposure the contracts provide is already counted in the Fund's 99.21% equity figure. In substance, then, the Fund is invested in U.S. small-company stocks to the same degree as the Comparators (¶ 89).

*** Expense ratios and investment objectives as stated in the Comparators' current prospectuses; the Complaint compares returns net of each fund's expenses (¶ 96).

**Style boxes and sector counts.** As on the preceding sheet (placements ¶ 92; counts ¶ 90).

**Persistence.** On the compounded basis (¶ 73), the U.S. SMid trailed the Comparators' average in every three-year window ending 2017–2025, every five-year window ending 2021–2025 and 2019, and both ten-year windows (¶¶ 12, 127, 149; Table 2.b). Over the eighteen windows the Comparators' average outperformed the Fund on seventeen, EISMX on sixteen, PSCZX on fifteen and TSMNX on eleven of its twelve (¶ 103; Table 2.d).